UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In Re:<br>   ROBERT P. BREEDEN, JR.<br>   aka: ROBERT BREEDEN, JR.<br><br>   Debtor. | Case No: 09-28058-RAG<br><br>Chapter 13 |
| ROBERT P. BREEDEN, JR<br>aka: ROBERT BREEDEN, JR.<br><br>   Movant,<br>vs.<br><br>BAC HOME LOANS SERVICING, L.P.,<br>fka Countrywide Home Loans<br>Servicing, L.P.<br><br>   Respondent. | |

## MOTION TO STAY PROCEEDINGS ON
## DEBTOR'S MOTION TO DETERMINE STATUS AND AVOID LIEN
## PURSUANT TO 11 U.S.C. SECTION 506(a)

NOW COMES, the Debtor (the "Movant"), by and through Jeffrey M. Sirody, Esquire, his attorney, and in filing this *Motion to Stay Proceedings on Debtor's Motion To Determine Status And Avoid Lien Pursuant To 11 U.S.C. Section 506(a)*, states as follows:

    1. Debtor's Motion to Determine the Status of the lien of BAC Home Loan Servicing (BAC) is scheduled for hearing on July 9, 2010.

    2. On June 27, 2010, BAC filed Adversary Proceeding No 10-0498 against Carrollton Bank and the Debtor. BAC's Adversary and Debtor's Motion address essentially the same issue. The Adversary adds Carrollton Bank as a party, and thus offers the possibility of a more complete resolution of the matter.

    WHEREFORE, proceedings on Debtor's Motion should be stayed pending resolution of Adversary Number 10-0498.

                              Respectfully submitted,

June 29, 2010

/s/ Jeffrey M Sirody
Jeffrey M. Sirody, Bar No.11715
Sirody Frieman & Feldman, PC
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208
(410) 415-0445

Counsel for the Debtor/Movant

**CERTIFICATE OF SERVICE**

Counsel for BAC and the Chapter 13 Trustee will be served electronically. No further service is necessary.

/s/ Jeffrey M Sirody
Jeffrey M. Sirody